

FILED

FEB 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | Case No. 1:18-cv-00996-AWI-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JAMES CATO, JR., CDCR #H-35663 |
| v. | |
| M. ALCALA, | |
| Defendant. | |

A settlement conference in this matter commenced on February 14, 2019. Inmate James Cato, Jr., CDCR #H-35663 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 2/14/19

UNITED STATES MAGISTRATE JUDGE

1