UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | ) Case No.: 1:18-cv-00996-AWI-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE COMPLAINT |
| M. ALCALA, | ) |
| Defendant. | ) [ECF Nos. 20, 26] |

Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 22, 2019, the Magistrate Judge filed a Findings and Recommendation recommending that Plaintiff's motion for leave to supplement the complaint be denied. The Findings and Recommendation was served on the parties and contained notice that objections were to be filed within fourteen days. Plaintiff did not file objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation (Doc. No. 26) is adopted in full; and
2. Plaintiff's motion for leave to supplement the complaint (Doc. No. 20) is denied.

IT IS SO ORDERED.

Dated:  April 4, 2019

SENIOR DISTRICT JUDGE